| Return | | |
|---|---|---|
| Case No.:<br>2:19-cr-00674 | Date and time warrant executed:<br>06/27/2019 3:45 pm | Copy of warrant and inventory left with:<br>Dropbox.com Legal Compliance |

Inventory made in the presence of :
  Henry Cook

Inventory of the property taken and name of any person(s) seized:

  WD My Passport Ultra hard drive, serial # WX91EA73V2VC, containing content from Dropbox account
  ---------------------------------------------------/// Last Item ///---------------------------------------------------
                                                    CNN.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:   07/15/2019

_Executing officer's signature_

Christopher Neville, Special Agent
_Printed name and title_